# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLEAO DUNN, JR.

NO. 2025 KW 0128

**FEBRUARY 4, 2025**

---

In Re:     Cleao Dunn, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 18-CR-403.

---

**BEFORE:    PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**STAY DENIED. WRIT DENIED.**

**AHP**
**TPS**
**CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.